## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

FILED  ENTERED
LOGGED  RECEIVED

MAR 0 6 2025

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY
DEPUTY

**UNITED STATES OF AMERICA**

\*

**vs.**

**Case No.   25-CR-47-JRR**

\*

**JORGE ECHEVERRI**

\*

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by
_Maggie Grace (AFPD)_, and the Government was represented by
Assistant United States Attorney _Kertisha Dixon_, it is

**ORDERED,** this _6th_ day of _March_ _2025_, that the above-named defendant be,
and the same hereby is, DETAINED by agreement of the parties without prejudice to either side
requesting a prompt hearing to set appropriate conditions of release or otherwise address the
detention of the defendant.

Erin Aslan
United States Magistrate Judge